Case 2:22-cr-00091-FMO   Document 1   Filed 03/16/22   Page 1 of 3   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
3/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VAM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:22-cr-00091-FMO |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [7 U.S.C. §§ 136j(a)(2)(G), 136*l*(b)(1)(A): Using a Registered Pesticide in a Manner Inconsistent with its Labeling] |
| DAVID EARL GILLIES and FOGGING SOLUTIONS LLC, dba MOUNTAIN FOG, | |
| Defendants. | [CLASS A MISDEMEANORS] |

The United States Attorney charges:

COUNT ONE

[7 U.S.C. §§ 136j(a)(2)(G), 136*l*(b)(1)(A); 18 U.S.C. § 2(b)]

[ALL DEFENDANTS]

In or about April 2020, in Los Angeles County, within the Central District of California, defendants DAVID EARL GILLIES and FOGGING SOLUTIONS LLC, doing business as MOUNTAIN FOG, knowingly and willfully caused the use of two registered pesticides in a manner inconsistent with their labeling, namely, by causing the two pesticides to be used to "fog" a business premises to supposedly eliminate the novel coronavirus SARS-CoV-2 ("COVID-19") despite the fact that the registered pesticides

1  had not been approved by the U.S. Environmental Protection
2  Agency to kill COVID-19.

COUNT TWO

[7 U.S.C. §§ 136j(a)(2)(G), 136*l*(b)(1)(A); 18 U.S.C. § 2(b)]

[ALL DEFENDANTS]

In or about April 2020, in Orange County, within the Central District of California, defendants DAVID EARL GILLIES and FOGGING SOLUTIONS LLC, doing business as MOUNTAIN FOG, knowingly and willfully caused the use of two registered pesticides in a manner inconsistent with their labeling, namely, by causing the two pesticides to be used to "fog" a private residence to supposedly eliminate the novel coronavirus SARS-CoV-2 ("COVID-19") despite the fact that the registered pesticides had not been approved by the U.S. Environmental Protection Agency to kill COVID-19.

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section